# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARQUIS LAMAR ALLEN,<br><br>　　　　　　　　　　Defendant. | Case No.: 19cr7198-MMA<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TERMINATE SUPERVISED RELEASE**<br><br>[Doc. No. 8] |

On October 31, 2011, Defendant Marquis Lamar Allen ("Defendant") pleaded guilty to a one-count Information charging him with possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and was sentenced to 120 months in custody followed by a five-year term of supervised release. *See* Doc. No. 1-4.  Defendant now moves to terminate his term of supervised release, which is set to expire on November 1, 2024.  *See* Doc. No. 8.  Neither the government nor United States Probation oppose the motion.  *See id.* at 3; Doc. No. 11.

Pursuant to 18 U.S.C. § 3583(e)(1), the Court may, after considering the factors set forth in 18 U.S.C. § 3553(a), "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).  Upon due consideration of the applicable

factors set forth in 18 U.S.C. § 3553(a), the interests of justice, and Defendant's conduct, the Court **GRANTS** the motion.  Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), the Court **TERMINATES** Defendant's term of supervised release and **DISCHARGES** Defendant as of the date this Order is filed.

    **IT IS SO ORDERED**.

Dated:  July 1, 2022

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge